UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | ) | |
|---|---|---|
| EVERETT WARNER WALLACE, JR., | ) | |
| MELODY CHARLES WAGNER, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:12-CV-94-F |
| THE JIM PATTISON CORPORATION | ) | |
| C.E.O. OF GUINNESS WORLD | ) | |
| RECORDS, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion to Dismiss [DE-40] is ALLOWED, and Plaintiffs' Amended Complaint [DE-35] is DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on July 14, 2014, and Copies To:**

Everett Warner Wallace, Jr.        Melody Charles Wagner
4113 General Howe Road             4113 General Howe Road
Riegelwood, NC 28456               Riegelwood, NC 28456


DATE                               JULIE A. RICHARDS, CLERK
July 14, 2014                      /s/ Jacqueline B. Grady
                                   (By) Jacqueline B. Grady, Deputy Clerk